## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>LARRY IVAN BEHRENDS,<br><br>Debtor. | Bankruptcy Case No. 13-22392 EEB<br>Chapter 7 |
| JOLI A. LOFSTEDT, chapter 7 trustee,<br><br>Plaintiff,<br><br>v.<br><br>VICKIE L. OLETSKI-BEHRENDS, and 21ST CENTURY FINANCIAL SERVICES, LLC,<br><br>Defendants. | Adversary Proceeding No. 14-1377 EEB |

## ORDER FOR RESPONSE

THIS MATTER comes before the Court on the Motion To Reconsider Order on Complaint filed by Defendant Vickie Oletski-Behrends ("Motion"). In order to provide adequate opportunity for response and for prompt determination,

IT IS HEREBY ORDERED that the Plaintiff shall file a response to the Motion on or before **May 9, 2017**. Objections and requests for hearing shall clearly specify the grounds upon which they are based, including citation of supporting legal authority, if any. General objections will not be considered by the Court.

DATED this 25th day of April, 2017

BY THE COURT:

_____
Elizabeth E. Brown, Bankruptcy Judge