**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

**Minutes of Proceeding**

| March 29, 2017 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re:<br><br>CREEKSIDE CANCER CARE, LLC<br><br>Debtor | Case No. MER<br><br>Chapter 11 |

ACCURAY, INC.

    Movant

v.

CREEKSIDE CANCER CARE, LLC

    Respondent

Appearances:

| Trustee | | Counsel | |
|---|---|---|---|
| Debtor | | Counsel | Michael Pankow/Sam Kidder |
| Creditor | Accuray | Counsel | Michael Davis |
| Creditor | Midfirst Bank | Counsel | Brandon Oliver |

Proceedings:  Motion for Relief from Stay filed by Accuray, Inc. and Debtor's response

☒ Evidentiary Hearing
☒ Offer of Proof
☒ Exhibits entered/admitted

Orders:

Based on findings made on the record, the motion is denied without prejudice.  These *Minutes of Proceeding* shall serve as an order of Court and no further order will enter.

The Court requested the parties brief one discreet issue as described on the record; and will set the briefing schedule and oral argument by separate notice.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By:_____
    Deputy Clerk