**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

In re:

CREEKSIDE CANCER CARE, LLC

    Debtor.

Case No. 16-21943 MER

Chapter 11

**NOTICE**

    PLEASE TAKE NOTICE that the Court will hear oral arguments on the issue of the nature of the transaction between the Debtor and Accuray, Inc. on **Monday, May 22, 2017, at 3:00 p.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado.  Prior to the hearing, the parties shall brief the issue as follows:  Opening briefs are due to be filed on **April 28, 2017;** responsive briefs are due on **May 12, 2017.**

DATED: March 30, 2017        BY ORDER OF THE COURT:

                                      KENNETH S. GARDNER, CLERK

                                      By: Deborah L. Beatty, Deputy Clerk
                                            United States Bankruptcy Court
                                            U.S. Custom House
                                            721 19th Street
                                            Denver, Colorado 80202-2508