IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| In re: | ) | |
|---|---|---|
| | ) | Case No. 13-22392-EEB |
| LARRY IVAN BEHRENDS | ) | |
| SSN: XXX-XX-2396 | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| JOLI A. LOFSTEDT, as chapter 7 trustee for the bankruptcy estate of Larry Ivan Behrends, | ) | Adversary Case No. 14-1377-EEB |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| VICKIE L. OLETSKI- BEHRENDS, and 21ST CENTURY FINANCIAL SERVICES, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**APPELLANT'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellee, Joli A. Lofstedt, as the duly appointed chapter 7 trustee of the bankruptcy estate of Larry Ivan Behrends ("Trustee"), pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(2), hereby designates the following additional items to be included in the record on appeal:

**ITEMS FROM ADVERSARY CASE NO. 14-01377**

| Docket No. | Date | Pleading |
|---|---|---|
| 16 | May 1, 2015 | Motion for Entry of Default and Default Judgment Against 21st Century Financial Services, LLC on Third Claim For Relief in Trustee's Complaint and exhibits thereto |
| 19 | May 8, 2015 | Limited Objection of Vickie L. Oletski-Behrends to Motion for Entry of Default and Default Judgment Against 21st Century Financial Services, LLC on Third Claim For Relief in Trustee's Complaint |

| 21 | May 11, 2015 | Objection to Granting a Motion for Default Judgment Against 21st Century Financial Services LLC. Entered by Larry Ivan Behrends, Pro Se, as Previous Single Member and Registered Agent of 21st Century Financial Services LLC. |
|---|---|---|
| 27 | June 9, 2015 | Order Granting Motion for Entry of Default and Default Judgment Against 21st Century Financial Services, LLC on Third Claim for Relief in Trustee's Complaint |
| 28 | June 9, 2015 | Default Judgment |
| 29 | June 9, 2015 | Notice of Entry of Docket |
| 37 | June 19, 2015 | Trustee's Objection to Exhibits K, L, M, N, O, and Y |
| 44 | July 28, 2015 | Defendant Vickie L. Oletski-Behrends Motion for Withdrawal of Reference |
| 46 | July 29, 2015 | Notice of Motion to Withdraw the Reference |
| 49 | August 10, 2015 | Trustee's Designation of Additional Portion of the Record for Consideration of Defendant Vickie L. Oletski-Behrends' Motion for Withdrawal of Reference and Trustee's Objection Thereto |
| 51 | August 11, 2015 | Trustee's Objection to Defendant Vickie L. Oletski-Behrends' Motion for Withdrawal of Reference and exhibits thereto |
| 53 | August 19, 2015 | Defendant Vickie L. Oletski-Behrends Reply to Response of Plaintiff Joli A. Lofstedt to Motion for Withdrawal of Reference |
| 55 | August 26, 2015 | Clerk's Notice of Referral to District Court Pursuant to D.C.Colo.LR.Civ.84.1 |
| 57 | September 28, 2015 | Order and Notice of Trial Setting |
| 59 | October 30, 2015 | Order Denying Defendant's Motion for Withdrawal of Reference |
| 61 | December 3, 2015 | Notice of Appeal |
| 62 | December 22, 2015 | Amended Notice of Appeal |
| 66 | January 31, 2016 | Defendant's Motion to Hold Adversary Proceeding in Abeyance Pending Determination by Tenth Circuit Court of Appeals |
| 67 | February 5, 2016 | Trustee's Objection to Defendant's Motion to Hold Adversary Proceeding in Abeyance Pending Determination by Tenth Circuit Court of Appeals |
| 72 | February 17, 2016 | Minute Order |
| 74 | May 5, 2016 | Minute Order |
| 75 | May 6, 2016 | Minute Order |
| 90 | August 25, 2016 | Order Dismissing Appeal |
| 91 | October 12, 2016 | Order |
| 92 | January 25, 2017 | Order Regarding Plaintiff's Motion for Attorneys' Fees |

| | | |
|---|---|---|
| 107 | April 28, 2017 | Motion for Order (1) Vesting Title to Real and Personal Property in Trustee, (2) Holding Vickie L. Oletski-Behrends in Contempt, and (3) for Sanctions |
| 122 | May 15, 2017 | Order Granting in Part Motion for Order Vesting Title to Real and Personal Property in Trustee |
| 123 | May 16, 2017 | Notice of Proposed Order |
| 124 | May 16, 2017 | Order Vesting Title to Real and Personal Property in Trustee |
| 124 | May 17, 2017 | Unopposed Motion for Corrected Order Pursuant to Fed. R. Civ. P. 60(a) |
| 127 | May 18, 2017 | Amended Order Vesting Title to Real and Personal Property in Trustee |

### TRANSCRIPTS OF HEARINGS IN ADVERSARY CASE NO. 14-1377

| |
|---|
| Transcript of Hearing held on May 5, 2016 |
| Transcript of Hearing held on May 6, 2017 |

Dated: June 22, 2017.                    Respectfully submitted,


**ONSAGER | FLETCHER | JOHNSON LLC**

/s/ J. Brian Fletcher
J. Brian Fletcher, #28629
Gabrielle Palmer, #48948
1801 Broadway, Suite 900
Denver, Colorado 80202
Ph: (303) 512-1123
jbfletcher@OFJlaw.com
gpalmer@OFJlaw.com

## CERTIFICATE OF SERVICE

I, J. Brian Fletcher, hereby certify that on June 22, 2017, I served copies of the **DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD** foregoing on the following persons by way of CM/ECF and by placing it in the United States mail, postage prepaid.

Michael J. Davis
4100 E. Mississippi Ave.
Ste. 420
Denver, CO 80246
mdavis@dlglaw.com


*s/Barbara A. Moss*